1012

Jerry W. CARTER, as Chairman, and W. B. Douglass and Eugene S. Matthews, as Members of the Railroad Commission of the State of Florida, Appellants, v. Legh R. POWELL, Jr., and Henry W. Anderson, Receivers of Seaboard Air Line Railway Company, Appellees.

No. 9032.

Circuit Court of Appeals, Fifth Circuit.
July 14, 1939.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

Neither of the judges who concurred in the decision, 104 F.2d 428, rendered in the above cause desiring a rehearing, it is ordered that the petition therefor be, and it is hereby, denied.

HUTCHESON, Circuit Judge, dissents.

James Angus CASHION et al. v. Austin SHERMAN, etc.

No. 9213.

Circuit Court of Appeals, Ninth Circuit.
June 26, 1939.

Hindman & Davis, of Los Angeles, Cal., for appellants.

Austin Sherman and Glenn M. Still, both of Los Angeles, Cal., in pro. per.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in this cause issued forthwith.

Michael Glynn CARROLL, Appellee, v. AMERICAN AUTOMOBILE INSURANCE COMPANY, Appellant.

No. 356.

Circuit Court of Appeals, Second Circuit.
May 29, 1939.

Fenton, Wing & Morse, R. Clarke Smith, and Leonard F. Wing, all of Rutland, Vt., for appellant.

Lawrence & O'Brien and Edwin W. Lawrence, all of Rutland, Vt., for appellee.

Before L. HAND, CHASE, and PATTERSON, Circuit Judges.

PER CURIAM.
Decree affirmed.

COMMISSIONER OF INTERNAL REVENUE v. CALIFORNIA BREWING ASSOCIATION.

No. 9183.

Circuit Court of Appeals, Ninth Circuit.
June 19, 1939.

James W. Morris, Asst. Atty. Gen., for petitioner.

Myrtile Cerf and Norman A. Eisner, both of San Francisco, Cal., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered petition to review herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in this cause issued forthwith.